IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| SEVERINO JAVIER , | ) | CV 14-00053 SOM-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO ADOPT |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| NATIONAL BANK | ) | RECOMMENDATION TO |
| ASSOCIATION, ET AL. , | ) | DISMISS ACTION |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties
on June 10, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,
United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and
Recommendation to Dismiss Action" are adopted as the opinion and order of this
Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 27, 2014.



  /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge